### 43180.   KINSEY v. KINSEY.

EBERHARDT, Judge.  The sole question for decision is whether the provision in an agreement by a husband for the payment of a stipulated sum or a percentage of his *gross monthly income,* whichever might be greater, as child support, the contract having been incorporated in and made a part of a subsequent divorce decree, applies to the amount of his income before or after deduction of business expenses.  This was settled by the Supreme Court in *Holland v. Holland,* 222 Ga. 467 (150 SE2d 673) to mean the husband's "entire earnings . . . without deduction of expenses incurred."  Consequently, a contrary ruling by the trial court was error, and the judgment based thereon must be

*Reversed.  Felton, C. J., and Hall, J., concur.*

SUBMITTED NOVEMBER 6, 1967—DECIDED NOVEMBER 8, 1967.

*Marvin G. Russell, Turner Paschal,* for appellant.
*Larry W. Thomason,* for appellee.